Acknowledged
TWP
November 21, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| **KEITH CLINE, individually and on behalf of others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) CAUSE NO: 1:13-cv-00426-TWP-DML ) |
| **RAC CONSTRUCTION, INC. and ROBERT A. CURLESS,** | ) ) ) |
| **Defendants.** | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Keith Cline, Hubert LaShance, and Chris Dickerson and Defendants RAC Construction, Inc. and Robert A. Curless, by counsel, stipulate and agree to dismiss this matter with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

 s/ Andrew G. Jones                        s/ Eric C. Redman
Andrew G. Jones                            Eric C. Redman
LAW OFFICE OF ANDREW G. JONES              REDMAN LUGWIG, P.C.
ajones@andrewgjoneslaw.com                 eredman@redmanludwig.com